

# Court of Appeals

# First District of Texas

## BILL OF COSTS

No. 01-14-00272-CV

**Iris Williams**

**v.**

**VRM-Vendor Resource Management Duly Authorized Agent for Service Office of Veteran Affairs**

NO. 13-CCV-051775 IN THE COUNTY COURT AT LAW NO 4 OF FORT BEND COUNTY

| TYPE OF FEE | CHARGES | PAID/DUE | STATUS | PAID BY |
|---|---|---|---|---|
| FILING | $175.00 | 05/23/2014 | PAID | ANT |
| STATEWIDE EFILING | $20.00 | 05/23/2014 | PAID | ANT |
| CLK RECORD | $152.00 | 05/01/2014 | PAID | ANT |

**The costs incurred on appeal to the First Court of Appeals Houston, Texas are $347.00.**

*Court costs in this case have been taxed in this Court's judgment*

I, **Christopher A. Prine,** Clerk of the Court of Appeals for the First District of Texas, do hereby certify that this is a true statement of the costs of appeal in this case.

**IN TESTIMONY WHEREOF,** witness my hand and the seal of the Court of Appeals for the First District of Texas, this September 4, 2015.

**CHRISTOPHER A. PRINE**
**CLERK OF THE COURT**